Lois Jayne Shappee, Plaintiff-Appellee, v. Bartlett Shappee, Defendant-Appellant.

Term No. 56–M–5.

Fourth District.

October 9, 1956.

Released for publication February 4, 1957.

George M. Berry, for defendant-appellant; Jacoby, Patton and Manns, for plaintiff-appellee. Opinion by JUSTICE BARDENS. Not to be published in full.